## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>       Plaintiff,<br>v.<br><br>JOHN DOE subscriber assigned IP Address 68.32.14.138,<br>       Defendant. | ) Case No. 2:18-cv-14006<br>) Hon. Paul D. Borman<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| JOEL A. BERNIER (PP-74226)<br>Attorney for Plaintiff<br>49139 Schoenherr Road<br>Shelby Township, MI 48315<br>(586) 991-7611 tel.<br>(586) 991-7612 fax.<br>Bbclawgroup@gmail.com | JOHN T. HERMANN  (P-52858)<br>Attorney for IP Address 68.32.14.138<br>2684 West Eleven Mile Road<br>Berkley, MI 48072<br>(248) 591-9291 tel.<br>(248) 591-2304 fax.<br>Hermannlawoffices@comcast.net |

## **ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that I am appearing as counsel on behalf of JOHN DOE subscriber assigned IP Address 68.32.14.138, in connection with the above captioned civil case.

  Dated:  March 15, 2019            /s/ John T. Hermann
                                                   JOHN T. HERMANN (P52858)
                                                   Attorney for IP Address 68.32.14.138
                                                   2684 West Eleven Mile Road
                                                   Berkley, MI 48072
                                                   (248) 591-9291 tel.
                                                   (248) 591-2304 fax.
                                                   Hermannlawoffices@comcast.net

## **CERTIFICATE OF COMPLIANCE**

Pursuant to E.D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E.D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

Dated:  March 15, 2019

/s/ John T. Hermann
JOHN T. HERMANN (P52858)
Attorney for IP Address 68.32.14.138
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291 tel.
(248) 591-2304 fax.
Hermannlawoffices@comcast.net

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court with the ECF system which will send notification of each filing to the following:

Joel A. Bernier, Esq.

Dated:  March 15, 2019

/s/ John T. Hermann
JOHN T. HERMANN (P52858)
Attorney for IP Address 68.32.14.138
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291 tel.
(248) 591-2304 fax.
Hermannlawoffices@comcast.net